# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 19, 2019

158003 & (46)

CARRIE A. BRASPENICK,
     Plaintiff-Appellant,

v

JOHNSON LAW PLC,
     Defendant-Appellee.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158003
COA: 338556
Gogebic CC: 2016-000190-NM

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the April 19, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 19, 2019



Clerk

a0612